**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 21, 2015

Hon. Michael T. Morgan
Freeman Mills, PC
400 W. Illinois, Ste. 120
Midland, TX 79701
* DELIVERED VIA E-MAIL *

Mr. Alan Molnoskey
2011 St. Matthew St.
Gonzales, TX 78629

Re:      Cause No. 13-15-00027-CV
Tr.Ct.No. 25,543
Style:    Alan Molnoskey v. XOG Operating, LLC


Appellant's motion for rehearing en banc in the above cause was this day DENIED by this Court.


Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch